```
 1  KAREN P. HEWITT
    United States Attorney
 2  DAVID D. LESHNER
    Assistant United States Attorney
 3  Federal Office Building
    880 Front Street, Room 6293
 4  San Diego, California 92101-8893
    Telephone: (619) 557-7163
 5  Email: david.leshner@usdoj.gov

 6  Attorneys for Plaintiff
    United States of America
```

7

UNITED STATES DISTRICT COURT

8

SOUTHERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | Criminal Case No. 08-CR-1357-DMS |
| 11 | Plaintiff, ) ) | NOTICE OF APPEARANCE |
| 12 | v. ) ) | |
| 13 | EMILIO ORTIZ-COTA, ) ) | |
| 14 | Defendant. ) ) | |

15

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17   　　I, the undersigned attorney, enter my appearance as counsel for the United States in the above-

18   captioned case. I certify that I am admitted to practice in this court or authorized to practice under

19   CivLR 83.3.c.3-4.

20   　　The following government attorneys (who are admitted to practice in this court or authorized

21   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22   counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

23   activity in this case:

24   　　<u>Name</u>

25   　　None

26   / / /

27   / / /

28   / / /

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):
5 | <u>Name</u>
6 | None
7 | Please call me at the above-listed number if you have any questions about this notice.
8 |
9 | DATED: May 12, 2008     Respectfully submitted,
10 |     KAREN P. HEWITT
      United States Attorney
11 |
      /s/ David D. Leshner
12 |     _____
      DAVID D. LESHNER
13 |     Assistant United States Attorney
14 |     Attorneys for Plaintiff
      United States of America

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-CR-1357-DMS |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| EMILIO ORTIZ-COTA, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, David D. Leshner, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as counsel for the United States on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Diane Regan, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2008.

/s/ David D. Leshner
DAVID D. LESHNER

3