KAREN P. HEWITT
United States Attorney
DAVID D. LESHNER
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7163
David.Leshner@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-1357-DMS |
|---|---|---|
| Plaintiff, | ) ) | DATE:  June 6, 2008 |
| v. | ) ) | TIME:  11:00 a.m. |
| EMILIO ORTIZ-COTA, | ) ) | **UNITED STATES' NOTICE OF MOTIONS AND MOTIONS FOR:** |
| Defendant. | ) ) | **(1)  FINGERPRINT EXEMPLARS** |
|  | ) ) | **(2)  RECIPROCAL DISCOVERY** |
|  | ) |  |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and David D. Leshner, Assistant United States Attorney, and hereby files its Motions for Fingerprint Exemplars and Reciprocal Discovery in the above-referenced case. Said motions are based upon the files and records of this case together with the attached memorandum of points and authorities.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I**

**STATEMENT OF THE CASE**

On April 30, 2008, a one-count indictment was filed charging defendant Emilio Ortiz-Cota with a violation of Title 8, United States Code, Sections 1326(a) and (b). Defendant was arraigned on the indictment on May 6, 2008 and entered a plea of not guilty.

**II**

**STATEMENT OF FACTS**

**A.     Defendant's Apprehension**

On April 6, 2008, Border Patrol Agent W. Cancel was on duty near the Calexico West, CA Port of Entry. At approximately 5:48 p.m., Agent Cancel observed Defendant enter the United States from Mexico by walking through the southbound vehicle lanes west of the Port of Entry

Agent Cancel approached Defendant and conducted a field interview. During that interview, Defendant admitted to being a citizen of Mexico without documents allowing him to enter or remain in the United States. At that point, Agent Cancel placed Defendant under arrest.

At approximately 12:15 a.m. on April 7, Defendant received Miranda warnings and agreed to answer questions. Defendant stated that he is a citizen of Mexico and that he did not possess any documents allowing him to enter the United States. According to Defendant, he attempted to enter the United States with the intent of going to Calexico, CA.

**B.     Defendant's Immigration History**

Defendant is a citizen of Mexico. On or about January 22, 1997, Defendant was removed from the United States to Mexico pursuant to an Order of an Immigration Judge. Defendant subsequently was removed from the United States to Mexico on January 23, 2008.

/ / /
/ / /
/ / /
/ / /
/ / /

### C. **Defendant's Criminal History**

Defendant's criminal history includes the following convictions:

| CONVICTION DATE | COURT | CHARGE | TERM |
| --- | --- | --- | --- |
| 04/13/1992 | USDC C. D. Cal | Illegal Entry (8 U.S.C. § 1325) | 6 months prison |
| 07/13/1994 | CASC Imperial | Petty Theft with Prior (Penal Code § 666) | 60 days jail |
| 07/29/1994 | CASC Imperial | Under Influence of Controlled Substance (Health & Safety Code § 11550(A)) | 90 days jail |
| 12/21/1994 | USDC C.D. Cal. | Illegal Entry (8 U.S.C. § 1325) | 6 months prison |
| 07/13/1999 | CASC Imperial | Possession/Purchase for Sale of Controlled Substance (Health & Safety Code § 11351) | 2 years prison |
| 03/03/2002 | CASC Los Angeles | Possession of Controlled Substance (Health & Safety Code § 11350(A)) | 2 years prison |
| 08/07/2003 | CASC Imperial | Grand Theft (Penal Code § 487(A)) | 180 days jail |
| 07/21/2006 | CASC Imperial | Assault with Deadly Weapon (Penal Code § 245) | 2 years prison |

### III

### **UNITED STATES' MOTIONS**

**A. Motion For Fingerprint Exemplars**

The Government requests that the Court order that Defendant make himself available for fingerprinting by the Government's fingerprint expert. See United States v. Ortiz-Hernandez, 427 F.3d 567, 576-77 (9th Cir. 2005) (Government may have defendant fingerprinted and use criminal and immigration records in Section 1326 prosecution). Identifying physical characteristics, including fingerprints, are not testimonial in nature, and the collection and use of such evidence would not violate Defendant's Fifth Amendment right against self-incrimination. United States v. DePalma, 414 F.2d 394, 397 (9th Cir. 1969). See also Schmerber v. California, 384 U.S. 757, 761 (1966) (withdrawal of blood is not testimonial).

**B.      Motion For Reciprocal Discovery**

The Government has and will continue to fully comply with its discovery obligations. To date, the Government has provided Defendant with 72 pages of discovery and one DVD, including reports of his arrest, his rap sheet, and copies of immigration and conviction documents.

The Government moves the Court to order Defendant to provide all reciprocal discovery to which the United States is entitled under Federal Rules of Criminal Procedure 16(b) and 26.2. Specifically, Rule 16(b)(1) requires Defendant to disclose to the United States all exhibits, documents and reports of testing or examination which Defendant intends to use in his case-in-chief at trial and a written summary of the names, anticipated testimony, and bases for opinions of experts the defendant intends to call at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.

## IV

## CONCLUSION

For the foregoing reasons, the Government respectfully requests that the Court grant its motions.

DATED: May 12, 2008.                    Respectfully submitted,

Karen P. Hewitt
United States Attorney

s/ David D. Leshner
DAVID D. LESHNER
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>EMILIO ORTIZ-COTA,<br><br>        Defendant. | Case No. 08-CR-1357-DMS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, DAVID D. LESHNER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of **UNITED STATES NOTICE OF MOTIONS AND MOTIONS FOR FINGERPRINT EXEMPLARS AND RECIPROCAL DISCOVERY** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Diane Regan, Esq.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on May 12, 2008.

                /s/ David D. Leshner
                DAVID D. LESHNER