1  **ROBERT H. HENSSLER, JR.**
   California Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
   Robert_Henssler@fd.org
5

6  Attorneys for Defendant

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,            )  Case No.  08CR1357-DMS
                                         )
11         Plaintiff,                    )
                                         )
12  v.                                   )  **NOTICE OF APPEARANCE**
                                         )
13  EMILIO ORTIZ-COTA,                   )
                                         )
14         Defendant.                    )
                                         )
15  _____  )

16        Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Robert

17  R Henslser, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18  the above-captioned case.

19                                      Respectfully submitted,

20

21  Dated:  May 21, 2008                 /s/   *Robert R. Henssler, Jr.*
                                         **ROBERT R. HENSSLER, JR.**
22                                       Federal Defenders of San Diego, Inc.
                                         Robert_Henssler@fd.org
23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3     information and belief, and that a copy of the foregoing document has been served this day upon:

4     **David D Leshner**
      U S Attorneys Office
5     880 Front Street
      Suite 6293
6     San Diego, CA 92101
      (619)557-7163
7     Email: david.leshner@usdoj.gov

8

9     DATED: May 21, 2008                          */s/ Robert R. Henssler, Jr.*
                                                    **ROBERT R. HENSSLER, JR.**
10                                                  Federal Defenders of San Diego, Inc.
                                                    Robert_Henssler@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28