1  **ROBERT R. HENSSLER, JR.**
   California Bar No. 216165
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   Telephone: (619) 234-8467
4

5  Attorneys for Mr. Isaac Ortiz-Cota

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE DANA M. SABRAW)**

11 | UNITED STATES OF AMERICA,        ) Case No. 08CR1357-DMS
                                      )
12 |         Plaintiff,                ) Date: June 6, 2008
                                      ) Time: 11:00 a.m.
13 |                                   )
           v.                          ) NOTICE OF MOTIONS AND MOTIONS TO:
14 |                                   ) 1) COMPEL DISCOVERY;
   ISAAC ORTIZ-COTA,                   ) 2) SUPPRESS STATEMENTS;
15 |                                   ) 3) DISMISS INDICTMENT DUE TO
           Defendant.                  )    IMPROPER GRAND JURY; AND
16 |                                   ) 4) GRANT LEAVE TO FILE FURTHER MOTIONS

17        **PLEASE TAKE NOTICE** that on June 6, 2008, at 11:00 a.m. or as soon thereafter as counsel may

18 be heard, Isaac Ortiz-Cota, by and through counsel, Robert R. Henssler Jr., and Federal Defenders of San

19 Diego, Inc., will ask this Court to enter an order granting the following motions.

20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**MOTIONS**

Isaac Ortiz-Cota, by and through counsel, Robert R. Henssler Jr., and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Compel discovery;

(2) Suppress statements;

(3) Dismiss indictment due to unconstitutional statute;

(4) Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

/s/ *Robert R. Henssler, Jr.*

Dated: May 23, 2008

**ROBERT R. HENSSLER JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Ortiz-Cota

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Aaron B Clark**
United States Attorney's Office
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-6787
Fax: (619)235-2757
Email: aaron.clark@usdoj.gov

Dated: May 23, 2008          /s/ Robert R. Henssler
ROBERT R. HENSSLER, JR.
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Robert_Henssler@fd.org