**ROBERT R. HENSSLER, JR.**
California Bar No. 216165
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. Emilio Ortiz-Cota

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EMILIO ORTIZ-COTA,<br>Defendant. | Case No. 08CR1357-DMS<br><br>Date: June 6, 2008<br>Time: 11:00 a.m.<br><br>NOTICE OF MOTIONS AND MOTIONS TO:<br>1) COMPEL DISCOVERY;<br>2) PRESERVE EVIDENCE;<br>3) SUPPRESS STATEMENTS;<br>4) DISMISS INDICTMENT DUE TO IMPROPER GRAND JURY;<br>5) GRANT LEAVE TO FILE FURTHER |

TO: KAREN P. HEWITT; UNITED STATES ATTORNEY; AND
DAVID LESHNER; ASSISTANT UNITED STATES ATTORNEY;

**PLEASE TAKE NOTICE** that, on June 6, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, the defendant, Emilio Ortiz-Cota, by and through his counsel, Robert R. Henssler, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//

//

//

//

//

//

**MOTIONS**

The defendant, Emilio Ortiz-Cota, by and through his attorneys, Robert R. Henssler, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Compel Discovery;
2) Preserve Evidence;
3) Suppress Statements;
4) Dismiss the Indictment Due to Misinstruction of the Grand Jury; and
5) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED: May 23, 2008

/s/ Robert R. Hensler
**ROBERT R. HENSLER**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Ortiz-Cota

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

David Leshner
Assistant United States Attorney
David.Leshner@usdoj.gov

Respectfully submitted,

DATED: May 23, 2008

/s/ Robert R. Hensler
**ROBERT R. HENSLER**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Ortiz-Cota