**ROBERT R. HENSSLER, JR.**
California Bar No. 216165
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. Ortiz-Cota

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EMILIO ORTIZ-COTA,<br><br>    Defendant. | Case No. 08CR1357-DMS<br><br>DECLARATION OF ROBERT R. HENSSLER JR. IN SUPPORT OF MR. ORTIZ-COTA'S MOTION TO SUPPRESS |

TO: KAREN HEWITT, UNITED STATES ATTORNEY; AND
    DAVID D LESHNER, ASSISTANT UNITED STATES ATTORNEY

I, Robert R. Henssler Jr., under penalty of perjury, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, in the United States District Court for the Southern District of California, and the United States Court of Appeals for the Ninth Circuit.

2. Federal Defenders of San Diego, Inc. ("Federal Defenders"), was appointed by the District Court for the Southern District of California to represent Defendant, Emilio Ortiz-Cota. I am an employee of Federal Defenders, and in such capacity, I represent Mr. Ortiz-Cota.

//
//
//

3. I was provided a copy of a dvd of Mr. Ortiz-Cota's interrogation by the government. I have watched the dvd and when asked whether he was willing to answer questions without an attorney present Mr. Ortiz-Cota stated, "no, I don't care," but, the agents interrogated him anyway.

I so declare this 23rd day of May, 2008, in San Diego, California.

                                     /s/ *Robert R. Henssler, Jr.*
                                   ROBERT R. HENSSLER JR.
                                   Declarant