UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



2009 NOV 20  PM 1:54

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>EMILIO ORTIZ-COTA,<br><br>                              Defendant. | CASE NO. 08CR1357-DMS<br><br>BY _____ CMH _____ DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of:  8 USC 1326(a) and (b).

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: November 20, 2009

                                           DANA M. SABRAW
                                           UNITED STATES DISTRICT JUDGE